UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: **09-CV-61908-Jordan-McAliley**

RORY WINKLER,

     Plaintiff,

v.

LAW OFFICE OF THOMAS LANDIS, AND
PINNACLE CREDIT SERVICES, LLC,

     Defendants.

_____/

```
FILED by   VT    D.C.
ELECTRONIC

Dec. 1, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act,

Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act,

47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15

U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and

Defendant, LAW OFFICE OF THOMAS LANDIS, placed telephone calls and

sent letters into this District on behalf of Defendant, PINNACLE CREDIT

SERVICES, LLC.

## PARTIES

3.    Plaintiff, RORY WINKLER, is a natural person and citizen of the State of Florida who resides in Broward County, Florida.

4.    Defendant, LAW OFFICE OF THOMAS LANDIS, ("LANDIS") is believed to be a fictitious name for Thomas Landis, who is natural person, a member of the Pennsylvania Bar and citizen of the State of State of Pennsylvania with his principal place of business at Suite 220, Four Greenwood Square, 3325 Street Road, Bensalem, Pennsylvania 19020.

5.    Defendant, PINNACLE CREDIT SERVICES, LLC, ("PINNACLE CREDIT") is a limited liability company and citizen of the State of Minnesota with its principal place of business at 7900 Highway 7, Minneapolis, Minnesota 55426.

## FACTUAL ALLEGATIONS

6.    Defendant sought to collect from Plaintiff an alleged debt arising from a credit card with Providian National Bank Plaintiff used for primarily for personal, family or household purposes.

7.    Plaintiff defaulted on the alleged debt many years ago.

8.    After the alleged debt went into default, Providian National Bank sold the alleged debt.

9.    Defendant, PINNACLE CREDIT, purchased the alleged debt from Providian National Bank or a subsequent holder.

2

10.     Defendant, PINNACLE CREDIT, assigned the debt for collection to other debt collectors including but not limited to, Defendant, LANDIS, who in turn sought to collect the alleged debt from Plaintiff.

11.     Defendant, LANDIS, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

12.     Defendant, PINNACLE CREDIT, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

13.     Defendant, LANDIS, regularly collects or attempts to collect debts for other parties.

14.     Defendant, LANDIS, is a "debt collector" as defined in the FDCPA.

15.     Defendant, PINNACLE CREDIT, is a "debt collector" as defined in the FDCPA.

16.     At all times material to the allegations of this complaint, Defendant, LANDIS, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

17.     At all times material to the allegations of this complaint, Defendant, PINNACLE CREDIT, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

18.    Defendant, PINNACLE CREDIT, authorized other debt collectors including but not limited to Defendant, LANDIS, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

19.    Other debt collectors including but not limited to Defendant, LANDIS, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of PINNACLE CREDIT.

20.    Defendant, PINNACLE CREDIT, conveyed information to Plaintiff regarding the alleged debt through Defendant, LANDIS' telephone calls to Plaintiff.

21.    By virtue of its status as a debt collector, PINNACLE CREDIT, is vicariously liable to Plaintiff for LANDIS' violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

22.    Defendant, LANDIS, left the following messages on Plaintiff's voice mail on his cellular telephone service on or about the dates stated:

April 24, 2008 3:37 PM
Rory Winkler. My name is Ruth King. I am calling on behalf of Thomas Landis office. We need a call back from you on an urgent matter immediately today at 1-800-853-4000, extension 191. When calling back refer to reference ID 975950. Again my name is Ruth King. Please do give us a call back today. I am in the office tonight until 9 PM. Thank you.

April 24, 2008

4

This important and confidential message is for Rory Winker. Contact Patricia Wells, legal assistant, with the Law Office of Thomas Landis. The number is 1-800-853-4000. It is imperative that we speak regarding file number 975950. Again, Mr. Winker, it is imperative that we speak. We must render a decision on your behalf. So it is imperative that you contact me immediately. 1-800-853-4000. Have my secretary page me at 121.

May 6, 2008
Hello, Mr. Winkler. This is Ruth King calling from the Law Office of Thomas Landis. We have spoken a couple weeks ago and you said that you would have your attorney to give me a call. Your attorney to date has not called this office at all. Would you please give me a call back and give me your attorney's information and I will give him a call myself. Again my name is Ruth King. The number is 1-800-853-4000. The extension is 191. The reference ID is 975950. Thank you. Looking forward to hearing from you.

May 8, 2008
Hello, Mr. Winkler. This is Ruth King. I am calling from the Thomas Landis office. We spoke last month. Your attorney has not given me a call to date. Would you please give me a call back at 1-800-853-4000, extension 191. When calling back refer to reference ID is 975950. Thank you.

May 14, 2008
Hi, Mr. Winkler. This is Ruth King calling from the Law Office of Thomas Landis. We spoke back on the 26th of April and you said that you would have your attorney call. Your attorney to date has not called in. Could you please give me a call back so you can give me his information so I can give him a call. I would truly appreciate it because I need to move this account one way or the other. Again, you know my name is Ruth King. The phone number here is 1-800-853-4000. My extension is 191 and when calling back refer to reference ID is 975950. Thank you, Mr. Winkler. Looking forward to hearing from you.

May 19, 2008
Hello, Mr. Winkler. This is Ruth King calling on behalf of the Thomas Landis office. I have not yet heard from you to get your attorney's information. Could you give us a call back at 1-800-853-4000, extension 191. When calling back refer to reference ID 975950. All we need is your attorney's information. Thank you and have a great day.

June 3, 2008
Hi. The message is for Rory Winkler. My name is Ms. Hunt. I am calling from the Law Office of Tom Landis. I need you to contact me today immediately at 1-800-853-4000. My direct extension is 154. Your file number is 975950. I have a decision to make on your behalf. So it is essential that you return my call. Thank you.

June 16, 2008
The message is for Rory Winkler. My name is Joe Walker. I am calling from the law offices of attorney Thomas Landis. I have a decision to render on your behalf and it is essential that you return my call so that we can discuss this matter. You can reach me at toll free 1-800-853-4000, extension 112. Reference number 975950. Again the number is 1-800-853-4000, extension 112. Reference number 975950. Thank you very much.

July 14, 2008
Rory Winkler. This is Ken Long calling from attorney Thomas Landis' office. My number 1-800-853-4000, extension 151.

July 25, 2008
This message is for Rory Winkler. My name is Larry Best. I am calling from the law office of Thomas Landis. You can reach me at 800-853-4000. When calling back, use your ID number which that is 975950. Again, I am Larry Best. Call me back.

August 1, 2008
This is a confidential and important message and is meant solely for Rory Winkler. My name is Renee Quinn. I am calling long distance from Philadelphia from attorney Thomas Landis' office. I need for you to please return this call today at 1-800-853-4000, extension 141. Thank you.

August 16, 2008
Yes. This very, very important message is for Rory Winkler. My name is Larry Best. I am calling from the attorneys office of Thomas Landis. You can reach me at 800-853-4000. When calling back, write down your ID number that is 975950. Again, my name is Larry Best. Call me back.

December 1, 2008

Hey this message is for Rory Winkler. Roy, this is Joe Walker calling from the Law Offices of Tom Landis. I need you to contact the office when you get this message. You can reach me at 1-800-853-4000 extension 112 and the reference ID number is 975950. Thank you.

### December 6, 2008 **7:54 AM**
Yes this call is for Rory Winkler. My name is Cara Macavi and I'm calling you from the Attorney's Office of Thomas Landis. I need you to get in contact with the Attorney's Office at 1-800-853-4000 extension 161. When calling into the office, please refer to file number 975950. Again, that's 975950.

### December 13, 2008
This message is for Rory Winkler. Candice Monroe calling on behalf of the Law Office of Attorney Tom Landis. Please return my call to 1-800-853-4000. My direct extension is 143. Reference your file 975950.

### December 30, 2008
Rory Winkler. This is Kenneth Rivers from the Law Offices of Thomas Landis. Contact me back at my office today at 800-853-4000. Direct extension is 123. Please make reference to file ID number 975950. Again, my name is Kenneth Rivers. This is the Law Offices of Thomas Landis. Return my call today at 800-853-4000. My extension is 123.

23.     Defendant, LANDIS, left other messages for Plaintiff on other occasions. (Collectively, "the telephone messages").

24.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

25.     Defendant, LANDIS, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of its messages.

7

26.     Defendant, LANDIS, knew it was required to disclose that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff.

27.     Defendant telephoned Plaintiff after 9:00 P.M. and before 8:00 A.M. without Plaintiff's consent.

28.     LANDIS, and other debt collectors acting on behalf of Defendant, PINNACLE CREDIT, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone without Plaintiff's prior express consent.

29.     Defendant, LANDIS, willfully or knowingly violated the TCPA.

30.     As assignee of Providian National Bank, Defendant, PINNACLE CREDIT, is liable to Plaintiff for LANDIS', and any of PINNACLE CREDIT'S other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

31.     None of the telephone calls to Plaintiff were placed for "emergency purposes" as defined in the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

32.     Plaintiff incorporates Paragraphs 1 through 31.

8

33.     Defendant, LANDIS, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT II
## COMMUNICATION WITH A CONSUMER AT AN IMPERMISSIBLE TIME IN VIOLATION OF 15 U.S.C §1692c(a)(1)

34.     Plaintiff incorporates Paragraphs 1 through 31.

35.     On or about December 6, 2008 and on other occasions, Defendant, LANDIS, communicated with Plaintiff after 9:00 P.M. and before 8:00 A.M. in violation of 15 U.S.C. §1692c(a)(1).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT III
## COMMUNICATION WITH A CONSUMER AT AN IMPERMISSIBLE TIME IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

36.    Plaintiff incorporates Paragraphs 1 through 31.

37.    On or about December 6, 2008 and on other occasions, Defendant, LANDIS, communicated with Plaintiff after 9:00 P.M. and before 8:00 A.M. in violation of Fla. Stat. §559.72(17).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit;

c.      declaring that Defendants' practices violate the FCCPA;

d.      permanently injoining Defendants from engaging in the complained of practices; and

e.      Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

38.    Plaintiff incorporates Paragraphs 1 through 31.

39.    Defendant, LANDIS, asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector, or the

10

purpose of its communications, when LANDIS knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      declaring that Defendants' practices violate the FCCPA;

      d.      permanently injoining Defendants from engaging in the complained of practices; and

      e.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

40.    Plaintiff incorporates Paragraphs 1 through 31.

41.    By failing to disclose that it is a debt collector, and the purpose of its communication, by claiming the message was urgent and imperative when it was not, and by using an automatic telephone dialing system or an artificial or pre-recorded voice to place calls to a cellular telephone service without prior express consent, Defendant, LANDIS, willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

11

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendants' practices violate the FCCPA;

    d.    permanently injoining Defendants from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

42.    Plaintiff incorporates Paragraphs 1 through 31.

43.    Defendant, LANDIS, and other debt collectors acting on behalf of Defendant, PINNACLE CREDIT, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

44.    As assignee of Providian National Bank, Defendant, PINNACLE CREDIT, is liable to Plaintiff for LANDIS', or any of PINNACLE CREDIT'S other debt collector agents, violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone*

*Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd.

559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendants for:

     a.    Damages;

     b.    a declaration that Defendant's calls violate the TCPA;

     c.    a permanent injunction prohibiting Defendant from placing

non-emergency calls to the cellular telephone of any person using an

automatic telephone dialing system or pre-recorded or artificial voice

without the prior express consent of the called party; and

     d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this ___/___ day of December, 2009.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: _____
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658

13

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Rory Winkler

**DEFENDANTS**

Law Office of Thomas Landis, and Pinnacle Credit Services, LLC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842

FORT LAUDERDALE, FL 33339. TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

0: 09 CV 61908 - Jordan-Mcalik

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II. | BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III. | CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | | | | (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|---|---|---|---|---|---|---|

| | | | | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1. | U.S. Government Plaintiff | ☒ 3. | Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | 1 |
| ☐ 2. | U.S. Government Defendant | ☐ 4. | Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| | | | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION**     (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.     1-2** days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane     ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander     ☐ 368 Asbestos Personal Injury | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability   Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine     **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability   ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle     ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury   ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS**     **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting     ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment   ☐ 530 General* | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations   ☐ 535 Death Penalty | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare     ☐ 540 Mandamus & Other* | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights   ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

| ☒ 1. Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Refiled | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23 | **CLASS ACTION No** | **DEMAND** $ N/A | Check YES only if demanded in complaint    **JURY DEMAND:** | ☒ YES   ☐ NO |
|---|---|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See Instructions):     JUDGE _____     DOCKET NUMBER _____

DATE: December 1, 2009     SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 548205     Amount: 350

Date Paid: _____     M/ifp: _____

S/F 1-2
REV. 9/94