UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA

RORY WINKLER
    Plaintiff,
vs

CASE NO.: 09 CV 61908

LAW OFFICE OF THOMAS LANDICE, ET AL
    Defendant.
_____/

Type of Case: Collections

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Samuel L. Heller, Esquire of Mediation, Inc., on September 28, 2010.

The following were present:

    All Plaintfiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on October 19, 2010 to:

    Donald A. Yarbrough, Esquire

    Ernest H. Kohlmyer, III, Esquire

Respectfully Submitted:

*[signature]*

JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for Samuel L. Heller, Esquire
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
(800) 741-7000